■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC ROSEMOND, Appellant. [729 NYS2d 626] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 1, 1996 (*People v Rosemond,* 226 AD2d 404), affirming a judgment of the County Court, Nassau County, rendered February 23, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., O'Brien, Ritter and Goldstein, JJ., concur.